THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND; et al.,<br><br>Plaintiffs<br><br>v.<br><br>GASTON BROS. EXCAVATING, INC., a Washington corporation,<br><br>Defendant. | NO.   CV05-0950RSL<br><br>JUDGMENT |

**Summary of Judgment**

| | |
|---|---|
| Judgment Creditor: | International Union of Operating Engineers Trust Funds |
| Judgment Debtor: | Gaston Bros. Excavating, Inc. |
| Principal Judgment Amount: | $5,732.00 |
| Interest to Date of Judgment: | $209.81 |
| Attorneys Fees: | $426.00 |
| Costs: | $297.55 |
| Other Recovery Amounts: | NONE |
| Percent Interest on Principal: | Twelve percent (12%) per annum |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | REID, PEDERSEN, McCARTHY & BALLEW, L.L.P. |

THIS MATTER coming on for consideration upon Plaintiffs' motion for judgment against the Defendant, Plaintiffs being represented by their attorney, Russell J. Reid of Reid, Pedersen, McCarthy & Ballew, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the affidavit of Russell J. Reid and the exhibits thereto in support of Plaintiffs' motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiffs be and hereby are awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff Trusts by Defendant for its inclusive employment of members of the bargaining unit represented by Local 302, with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust: for contributions of $4,581.75; for dues of $361.26 for liquidated damages of $788.99, for pre-judgment interest of $209.81, for attorneys fees of $426.00, and for costs of $297.55; all for a total of $6,665.36, together with interest accruing thereupon at the rate of twelve percent (12%) per annum from the date of entry hereof until fully paid.

JUDGMENT ENTERED this 25th day of July, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented for Entry by:

s/Russell J. Reid
Russell J. Reid, WSBA #2560
of Reid, Pedersen, McCarthy & Ballew, L.L.P.
Attorneys for Plaintiffs

JUDGMENT
Page 2 of 2